*Feland & Evans, for appellant.*
*Ritter, for appellees.*

---

## THOMAS LYONS ET AL. *v.* T. B. BALLARD.

**Trover and Conversion—Failure of Jury to Comply with the Law—Court Cannot Assess Damages.**

> In the absence of a literal or substantial compliance with the law on the part of the jury, the court cannot assess damages.

### APPEAL FROM MADISON CIRCUIT COURT.

June 14, 1870.

OPINION OF THE COURT BY JUDGE HARDIN:

It seems to this court that the verdict of the jury, finding for the plaintiff "the horse in contest if to be had, if not, then one hundred and fifty dollars in damages," was a substantial assessment of the value of the horse, as required by section 360 of the Civil Code, and the judgment was rendered in conformity to the verdict. We do not regard this as a parallel case with that of Young v. Parsons, et al., 2 Metcalfe 499, wherein the absence of any literal or substantial compliance with the law on the part of the jury by assessing the value of the property, the court seems to have undertaken to do so from the evidence proved on the trial, which this court held to be unauthorized.

Wherefore, the judgment is affirmed.

*Chenault & McCreary, for appellants.*
*Turner & Smith, for appellee.*